RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
ALEXANDRIA, LOUISIANA

DATE ____7 / 26 / 11____

BY _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

ZACK ZEMBLIEST SMITH III                    DOCKET NO. 11-CV-541;
                                            SEC. P
      (Reg. #04838-078)

VERSUS                                      JUDGE DEE D. DRELL

MARIA MEDINA, WARDEN                        MAGISTRATE JUDGE JAMES D.
                              KIRK

                     J U D G M E N T

      For the reasons stated in the Report and Recommendation of

the Magistrate Judge previously filed herein, and after a de

novo review of the record including the objections filed by the

plaintiff, having determined that the findings and

recommendation are correct under the applicable law;

      **IT IS ORDERED** that the petition under 28 U.S.C. §2241 is

**DENIED** and **DISMISSED WITH PREJUDICE** for failing to state a claim

for which relief can be granted; to the extent that Petitioner

seeks to challenge his judgment of conviction, this Court is

without jurisdiction to entertain that claim.

      **THUS DONE AND SIGNED** at Alexandria, Louisiana, this 26th

day of ____July____, 2011.

                              _____
                              DEE D. DRELL
                              UNITED STATES DISTRICT JUDGE